FILED: December 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1342
(1:23-cv-00483-CCE-JLW)

_____

RE CARROLL MANAGEMENT COMPANY; CIP CONSTRUCTION COMPANY; CARROLL INDUSTRIAL DEVELOPMENT US, LLC; ALARIS HOMES, INC.; SNAP PUBLICATIONS, LLC; CARROLL INVESTMENT PROPERTIES, INC.

       Plaintiffs - Appellants

v.

DUN & BRADSTREET, INC.

       Defendant - Appellee

and

DUN & BRADSTREET HOLDINGS, INC.; THE DUN & BRADSTREET CORPORATION

       Defendants

_____

O R D E R

_____

This case is currently calendared for oral argument on December 13, 2024.

For reasons appearing to the court, this case is removed from the oral argument calendar and submitted for a decision on the briefs pursuant to Fed. R. App. P. 34(a)(2) and Local Rule 34(a).

                                        For the Court

                                        <u>/s/ Nwamaka Anowi, Clerk</u>