FILED: February 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1342
(1:23-cv-00483-CCE-JLW)

_____

RE CARROLL MANAGEMENT COMPANY; CIP CONSTRUCTION COMPANY; CARROLL INDUSTRIAL DEVELOPMENT US, LLC; ALARIS HOMES, INC.; SNAP PUBLICATIONS, LLC; CARROLL INVESTMENT PROPERTIES, INC.

        Plaintiffs - Appellants

v.

DUN & BRADSTREET, INC.

        Defendant - Appellee

and

DUN & BRADSTREET HOLDINGS, INC.; THE DUN & BRADSTREET CORPORATION

        Defendants

_____

M A N D A T E

_____

The judgment of this court, entered February 6, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*